LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
TOMISHA LEE MCKINNIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0075 KJM |
| Plaintiff, ) | STIPULATION AND ORDER TO ALLOW TEMPORARY RELEASE OF DEFENDAT TOMISHA LEE MCKINNIE |
| vs. ) | |
| TOMISHA LEE MCKINNIE, ) | |
| Defendant. ) | |

**Stipulation**

THE PARTIES STIPULATE, through their respective attorneys and with the consent of Pretrial Services through Beth Baker, that the Court should allow the temporary release of Defendant Tomisha Lee McKinnie so she may attend a funeral.

Ms. McKinnie has a 10 year-old son, Dupri Briggs. Until very recently, Dupri lived with his father, Brandin Briggs. On September 16, 2012, Brandin Briggs was killed in an automobile accident. His funeral is set for September 28, 2012. This is a very difficult time for Dupri, Ms. McKinnie and the rest of her family. Dupri could benefit immensely from the presence and emotional support of his mother before, during and after the funeral.

The funeral will take place at 10:00 a.m. in Sacramento, California (Bible Fellowship Community Church, 6520 44th Street). Defense counsel's investigator, Victoria Corona, will take custody of Ms. McKinnie, escort her to the funeral and return her to the Sacramento County Jail after the services.

The parties stipulate that the Court should order the temporary release of Defendant Tomisha Lee McKinnie to enable her to attend this funeral. The parties stipulate that the Court should impose the following conditions of release:

1. That Ms. McKinnie be released from the Sacramento County Jail on Friday, September 28, 2012 at 8:00 a.m. to the temporary custody of investigator Victoria Corona, who has agreed to act as a third party custodian;
2. That upon release, Ms. McKinnie shall remain with the third party custodian while attending Brandin Briggs' funeral services in Sacramento, California;
3. That Ms. McKinnie shall return to the Sacramento County Jail by 3:00 p.m. on September 28, 2012.

The undersigned Assistant U.S. Attorney has authorized Chris Cosca to sign this stipulation.

DATED: September 25, 2012    by:    /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant
                                    TOMISHA LEE MCKINNIE

DATED: September 25, 2012    by:    /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U. S. Attorney

# ORDER

**IT IS ORDERED:**

1. That Tomisha McKinnie be released from the Sacramento County Jail on Friday, September 28, 2012 at 8:00 a.m. to the temporary custody of investigator Victoria Corona, who has agreed to act as a third party custodian;
2. That upon release, Tomisha McKinnie shall remain with the third party custodian while attending Brandin Briggs' funeral services in Sacramento, California;
3. That Tomisha McKinnie shall return to the Sacramento County Jail by 3:00 p.m. on September 28, 2012.

DATED: September 26, 2012           /s/ Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    U.S. Magistrate Judge