**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, ) | **ORDER TO REDUCE** |
| ) | **TERM OF SUPERVISED RELEASE FOR** |
| v. ) | **SUCCESSFUL COMPLETION** |
| ) | **OF REENTRY COURT** |
| Tomisha Lee McKinnie, ) | **(18 U.S.C. 3583(3)(1)** |
| ) | |
| Defendant. ) | |
| ) | **Docket Number: 0972 2:12CR00075-003** |

On August 24, 2017, the defendant was accepted as a participant in the Reentry Court Program. As of September 18, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of September 18, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on July 14, 2017, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

| | |
|---|---|
| 09/14/2018 | *allison Claire* |
| **Date** | **The Honorable Allison Claire** |
| | **U.S. Magistrate Judge** |

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of September 18, 2018.

| | |
|---|---|
| 09/17/2018 | |
| **Date** | UNITED STATES DISTRICT JUDGE |

cc:  Defendant
     Assistant United States Attorney: Michelle Rodriguez
     Defense Counsel: Christopher Cosca
     FLU Unit – United States Attorney's Office
     Fiscal Clerk - Clerk's Office